■ BEVERLY NENNO, as Executrix of W. DAVID NENNO, Deceased, et al., Appellants, v BLUE CROSS & BLUE SHIELD OF WESTERN NEW YORK, Respondent, et al., Defendant. [841 NYS2d

916]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered May 31, 2006. The order, insofar as appealed from, denied plaintiffs' motion for leave to amend the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Pine, JJ.